| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Carolyn A. Knox (SBN 181317)<br>Krista L. Mitzel (SBN 221002) |
| 3 | 560 Mission Street, Suite 3100<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendants |
| 6 | LIFE INSURANCE COMPANY<br>OF NORTH AMERICA and BLUE |
| 7 | DIAMOND GROWERS INSURANCE PLAN<br>FLYNN, ROSE & PERKINS |
| 8 | Charles B. Perkins (SBN 126942) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD KONRATH,<br><br>Plaintiff,<br><br>v.<br><br>BLUE DIAMOND GROWERS INSURANCE PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Case No. 1:05-CV-00704-REC-LJO<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER [LOCAL RULE 6-144(a)]** |

Plaintiff HAROLD KONRATH ("Plaintiff") served his Complaint on Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and BLUE DIAMOND GROWERS INSURANCE PLAN (collectively "Defendants") on August 1, 2005. Pursuant to Local Rule 6-144(a), Plaintiff and Defendants hereby stipulate to extend the time in which Defendants may file their responsive pleading to September 19, 2005.

However, the case management conference is scheduled for September 7, 2005 at 8:30 a.m. before the United States Magistrate Judge Lawrence J. O'Neill. To enable Defendants ample time to answer the Complaint, the parties jointly request that the case management conference in this matter be rescheduled to Wednesday, September 28, 2005 at 8:30 a.m., or as soon thereafter as is convenient to this Court.

| DATED: August 22, 2005 | SEYFARTH SHAW LLP<br><br>By: /s/<br>　　　Carolyn A. Knox<br>　　　Krista L. Mitzel<br><br>Attorneys for Defendants<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA and BLUE DIAMOND<br>GROWERS INSURANCE PLAN |
|---|---|

| DATED: August 22, 2005 | FLYNN, ROSE & PERKINS<br><br>By: /s/<br>　　　Charles B. Perkins<br><br>Attorneys for Plaintiff<br>HAROLD KONRATH |
|---|---|

## **ORDER**

TO THE PARTIES OF RECORD:

　　Having reviewed the parties' Joint Stipulation to Extend Time to Respond to Complaint and to Continue Case Management Conference and [Proposed] Order and good cause showing;

　　THE COURT HEREBY ORDERS AS FOLLOWS:

　　1.　Pursuant to Local Rule 6-144(a), Defendants must file a responsive pleading no later than September 19, 2005.

　　2.　The case management conference, scheduled for Wednesday, September 7, 2005 at 8:30 a.m., is CONTINUED to Wednesday, September 28, 2005 at 8:30 a.m., or as soon thereafter as is convenient to this Court.


IT IS SO ORDERED.


Dated:   August 25, 2005              /s/ Lawrence J. O'Neill
b9ed48                        UNITED STATES MAGISTRATE JUDGE