# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD KONRATH,<br><br>           Plaintiff,<br><br>     vs.<br><br>BLUE DIAMOND GROWERS<br>INSURANCE PLAN, et al.,<br><br>           Defendant.<br>_____/ | CASE NO. CV-F-05-0704 REC LJO<br><br>**ORDER TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE**<br><br>Date:  January 23, 2006<br>Time:  8:30 a.m.<br>Dept.:  6 (LJO) |

This Court set a September 28, 2005 mandatory scheduling conference. The parties' counsel have informed the Court that they contemplate to conduct mediation within the next three months. On the basis of such representation and good cause, this Court:

1. VACATES the September 28, 2005 mandatory scheduling conference;

2. RESETS the mandatory scheduling conference for January 23, 2006 at 8:30 a.m. in Department 6 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 498-7322;

3. DIRECTS the parties, no later than January 16, 2006, to file a Joint Scheduling Report which includes the information required by Exhibit A to the June 2, 2005 order setting the original scheduling conference and to e-mail a copy of the Joint Scheduling Report as an attachment to ljoorders@caed.uscourts.gov and formatted in WordPerfect or Word;

and

4. DIRECTS the parties to otherwise comply with the June 2, 2005 order setting the original scheduling conference.

IT IS SO ORDERED.

**Dated:   September 21, 2005**                              **/s/ Lawrence J. O'Neill**
66h44d                                                              UNITED STATES MAGISTRATE JUDGE