1  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN 181317)
2  Krista L. Mitzel (SBN 221002)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   LIFE INSURANCE COMPANY
6  OF NORTH AMERICA and BLUE
   DIAMOND GROWERS INSURANCE PLAN

7

8  FLYNN, ROSE & PERKINS
   Charles B. Perkins (SBN 126942)
9  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California  95030
10 Telephone: (408) 399-4566
   Facsimile: (408) 408-399-6683

11

   Attorneys for Plaintiff
12 HAROLD KONRATH

13                    UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15

16 HAROLD KONRATH,                    )  Case No. 1:05-CV-00704-REC-LJO
                                      )
17        Plaintiff,                  )  **STIPULATION OF DISMISSAL WITH**
                                      )  **PREJUDICE, PURSUANT TO**
18     v.                             )  **FED.R.CIV.P. 41(a) and ORDER**
                                      )
19 BLUE DIAMOND GROWERS INSURANCE     )
   PLAN, and LIFE INSURANCE COMPANY   )
20 OF NORTH AMERICA,                  )
                                      )
21        Defendants.                 )
                                      )
22 _____)

23        Plaintiff Harold Konrath and Defendants Blue Diamond Growers Insurance Plan and Life

24 Insurance Company of North America have reached a resolution of this matter.  The parties

25 agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each

26 party shall bear its own fees and costs.

27 / / /

28 / / /

                                        1

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties seek the Court's approval of dismissal of this action with prejudice through
2  the order listed *infra*.

3  DATED: January __, 2006                    SEYFARTH SHAW LLP

4

5                                             By: _____
6                                                    Carolyn A. Knox
                                                     Krista L. Mitzel
7                                             Attorneys for Defendants
8                                             LIFE INSURANCE COMPANY OF
                                              NORTH AMERICA and BLUE
                                              DIAMOND GROWERS INSURANCE
9                                             PLAN

10

11 DATED: January __, 2006                    FLYNN, ROSE & PERKINS

12

13                                            By: _____
                                                     Charles B. Perkins

14                                            Attorneys for Plaintiff
15                                            HAROLD KONRATH

16
17     **IT IS SO ORDERED**.

18 DATED: ___January 19, 2006                 /s/ ROBERT E. COYLE
                                              ROBERT E. COYLE
19                                                United States District Judge

20 SF1 28228274.1 / 25399-000147

21

22

23

24

25

26

27

28

2
STIPULATION OF DISMISSAL W/ PREJUDICE AND [PROPOSED] ORDER/CASE NO. 1:05-CV-00704-REC-LJO